# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Ronald A. | USDC-EDOK | 9/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

101 N. Fifth Street
P.O. Box 1009
Muskogee, OK 74402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Oklahoma Bar Association |
| 2. | Member | Federal Judges' Association |
| 3. | Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 4. | Member | Spinning Leaf, LLC |
| 5. | Co-Trustee | Trust (CEW) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Ronald A. | 9/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of Oklahoma - Accounts | A | Interest | J | T | | | | | |
| 2. | 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 3. | Northwestern Mutual Whole Life Policy - Cash Value | B | Dividend | K | T | | | | | |
| 4. | METLIFE GROUP VARIABLE UNIVERSAL LIFE POLICY (H) | | | | | | | | | |
| 5. | -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. | -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. | -Deutsche CROCI Intl VIP | A | Dividend | J | T | | | | | |
| 8. | -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. | MERRILL LYNCH IRA #1 (H) | | | | | | | | | |
| 10. | -Columbia Acorn Fund | | None | L | T | | | | | |
| 11. | -Energy Transfer Partners(publicly traded partnership units) | A | Dividend | J | T | | | | | |
| 12. | -Bank of America, NA RASP | A | Interest | L | T | | | | | |
| 13. | -ISHARES MSCI EAFE | A | Dividend | J | T | | | | | |
| 14. | -SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 15. | MERRILL LYNCH IRA #2 (H) | | | | | | | | | |
| 16. | -Alliance Resources publicly traded partnership units | B | Dividend | J | T | | | | | |
| 17. | -Citigroup common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GE common stock | A | Dividend | J | T | | | | | |
| 19. -H&R Block common stock | A | Dividend | J | T | | | | | |
| 20. -HP Inc. | A | Dividend | J | T | | | | | |
| 21. -Johnson & Johnson common stock | B | Dividend | K | T | | | | | |
| 22. -Lancaster Colony Corp. common stock | A | Dividend | J | T | | | | | |
| 23. -Lehman Bros Hldgs Inc. common stock | | None | J | T | | | | | |
| 24. -Magellan Midstream publicly traded partnership units | B | Dividend | K | T | | | | | |
| 25. -Occidental Petroleum Corp. common stock | A | Dividend | J | T | | | | | |
| 26. -OG&E common stock | B | Dividend | L | T | | | | | |
| 27. -ONEOK common stock | D | Dividend | L | T | | | | | |
| 28. -Pfizer common stock | A | Dividend | J | T | | | | | |
| 29. -SPDR S&P 500 ETF Trust | C | Dividend | M | T | | | | | |
| 30. -Williams Cos. common stock | A | Dividend | K | T | | | | | |
| 31. -WPX Energy Inc. | | None | J | T | | | | | |
| 32. -California Resources | | None | J | T | | | | | |
| 33. -OneGas | A | Dividend | K | T | | | | | |
| 34. -BA CA N.A. RASP (Cash account) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Bank of America, N.A. RASP (Cash account) | B | Interest | M | T | | | | | |
| 36. -Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 37. -DXC Techology | A | Dividend | J | T | | | | | |
| 38. -Micro Focus Intl -SPN | A | Dividend | J | T | | | | | |
| 39. -Perspecta Inc. | | None | J | T | Spinoff<br>(from line 37) | 06/05/18 | J | | |
| 40. STIFEL NICOLAUS (H) | | | | | | | | | |
| 41. -Bank of Oklahoma common stock | B | Dividend | L | T | | | | | |
| 42. -GE common stock | | | | | Sold | 08/22/18 | J | A | |
| 43. -Oneok Inc. New | D | Dividend | L | T | | | | | |
| 44. -Stifel Nicolaus Money Market | A | Interest | M | T | | | | | |
| 45. -Harbor International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 46. -Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 47. -OGE Energy Corp. | C | Int./Div. | L | T | | | | | |
| 48. -Oklahoma Dev. Fin. Auth. | | | | | Redeemed | 08/15/18 | K | A | |
| 49. -Pfizer Inc. | A | Int./Div. | J | T | | | | | |
| 50. -Phillips 66 | A | Int./Div. | J | T | | | | | |
| 51. -SPDR S&P 500 ETF Trust Mutual Fund | C | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Stifel Bank & Trust (Bank deposit) | A | Int./Div. | M | T | | | | | |
| 53. -Williams Cos Inc Del | B | Int./Div. | K | T | | | | | |
| 54. -Williams Partners LP | | | | | Merged (with line 53) | 8/13/18 | K | A | |
| 55. -Allianzgi Income & Growth | B | Dividend | M | T | | | | | |
| 56. -Federated Capital Income | C | Dividend | M | T | | | | | |
| 57. -First Eagle Global | D | Dividend | M | T | | | | | |
| 58. -Oklahoma St Mun Pwr Auth | A | Dividend | K | T | | | | | |
| 59. -Oklahoma St Cap Impt Auth St | B | Dividend | L | T | | | | | |
| 60. -Oklahoma St Wtr Res Brd | B | Dividend | L | T | | | | | |
| 61. -Eagle MLP Strategy Mutual Fund | | | | | Sold | 08/22/18 | L | A | |
| 62. -Mainstay Cushing MLP Mutual Fund | D | Dividend | L | T | Buy (add'l) | 08/22/18 | L | | |
| 63. -One Gas Inc. | | | | | Donated | | | | |
| 64. -Sector Energy Select | A | Dividend | K | T | | | | | |
| 65. -Tulsa, OK CUSIP 899645ZH1 (general obligation municipal bond) | B | Dividend | K | T | | | | | |
| 66. -Oklahoma City OK CUSIP 678519WH8 (general obligation municipal bond) | B | Dividend | L | T | | | | | |
| 67. -Tulsa OK Pub Facs Auth LSE (municipal bond) | B | Dividend | K | T | | | | | |
| 68. -American Express Centurion (cash account) (y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Nationwide Bank (cash account) (y) | | | | | | | | | |
| 70.  -Tulsa OK Pub Facs Auth Cap Impt | B | Dividend | L | T | Buy | 02/13/18 | L | | |
| 71.  -Pimco Income | C | Dividend | L | T | Buy | 08/22/18 | L | | |
| 72.  -Yorktown Short Term Bond | C | Dividend | M | T | Buy | 08/23/18 | M | | |
| 73.  MERRILL LYNCH ROTH IRA #3 (H) | | | | | | | | | |
| 74.  -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 75.  -SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 76.  -ISHARES MSCI EAFE | A | Dividend | J | T | | | | | |
| 77.  -ISHARES MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 78.  Spinning Leaf, LLC, real estate, Summit Co, CO 1/21/2013, $150,000 | | None | M | R | | | | | |
| 79.  MERRILL LYNCH IRA (CEW Trust) (H) | | | | | | | | | |
| 80.  -Bank Hawaii Corp. | B | Dividend | L | T | | | | | |
| 81.  -Boeing Company | D | Dividend | N | T | | | | | |
| 82.  -Entergy Corp. | B | Dividend | K | T | | | | | |
| 83.  -FNMA (Corporate Bonds) | A | Interest | J | T | | | | | |
| 84.  -FNMA (Govt/Agency Securities) | A | Interest | J | T | | | | | |
| 85.  -GNM (Govt/Agency Securities) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Magellan Midstream | D | Dividend | L | T | | | | | |
| 87. -Oneok Inc. | D | Dividend | M | T | | | | | |
| 88. -Bank of America NA RASP (cash account) | A | Interest | J | T | | | | | |
| 89. -One Gas Inc. | B | Dividend | L | T | | | | | |
| 90. MERRILL LYNCH (CEW Trust) (H) | | | | | | | | | |
| 91. -American Elec Power Co | B | Dividend | K | T | | | | | |
| 92. -AT&T Inc. | D | Dividend | L | T | | | | | |
| 93. -Centurylink Inc. | A | Dividend | J | T | | | | | |
| 94. -Ford Motor Co | A | Dividend | J | T | | | | | |
| 95. -General Electric | A | Dividend | K | T | | | | | |
| 96. -Grand River Dam Auth (Municipal Bonds) | | | | | Redeemed | 06/01/18 | K | A | |
| 97. -Hanesbrands Inc | A | Dividend | J | T | | | | | |
| 98. -Intl Business Machines | C | Dividend | L | T | | | | | |
| 99. -JPMorgan Chase & Co | D | Dividend | M | T | | | | | |
| 100. -Kimberly Clark | C | Dividend | L | T | | | | | |
| 101. -Magellan Midstream | D | Dividend | M | T | | | | | |
| 102. -Microsoft Corp | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -OGE Energy Corp | B | Dividend | K | T | | | | | |
| 104. -Oneok Inc | D | Dividend | N | T | | | | | |
| 105. -Oklahoma Cnty Okla General Obligation (Municipal Bonds) | | | | | Redeemed | 08/01/18 | K | A | |
| 106. -Oklahoma MPA Pwr Spply (Municipal Bonds) | A | Dividend | J | T | | | | | |
| 107. -Oklahoma Agric-Mech Clg (Municipal Bonds) | B | Dividend | K | T | | | | | |
| 108. -Sprint Corp | | None | J | T | | | | | |
| 109. -Verizon Communications | B | Dividend | K | T | | | | | |
| 110. -Vodafone Grop | A | Dividend | J | T | | | | | |
| 111. -ONEGAS | B | Dividend | L | T | | | | | |
| 112. -Boeing | B | Dividend | L | T | | | | | |
| 113. -Avanos Medical | | None | J | T | | | | | |
| 114. -Bank of America, NA (cash account) | A | Interest | M | T | | | | | |
| 115. -Bank of America, CA, NA (cash account) | A | Interest | M | T | | | | | |
| 116. FIDELITY (CEW Trust) (H) | | | | | | | | | |
| 117. -Fidelity Municipal Money Market (FTEXX) | A | Interest | L | T | | | | | |
| 118. -Exxon Mobil Corporation | C | Dividend | M | T | | | | | |
| 119. -Paychex Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Procter & Gamble | B | Dividend | L | T | | | | | |
| 121.  -Invesco QQQ Tr Unit | A | Dividend | L | T | | | | | |
| 122.  -SPDR S&P 500 ETF TR | E | Dividend | O | T | | | | | |
| 123.  -SCHW US LCAP ETF | A | Dividend | L | T | | | | | |
| 124.  -SCHW US SCAP ETF | A | Dividend | J | T | | | | | |
| 125.  -Fidelity Govt Money Market (SPAXX) | A | Interest | L | T | | | | | |
| 126.  -Fidelity Capital & Income | A | Interest | J | T | Buy | 03/15/18 | J | | |
| 127. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 128.  -T Rowe Price Blue Chip Growth | | None | J | T | Buy | 03/05/18 | J | | |
| 129. | | | | | Buy (add'l) | 04/20/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 9/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

LINE 53.  Name clarification to Williams Cos Inc Del.

LINE 54.  Williams Partners LP merged with Williams Cos Inc Del on 8/13/18.

LINE 67.  Name clarification.

LINES 68, 69  are cash accounts that hold funds on a temporary basis.  The filer has no control over when the monies are deposited or transferred in or out of the account.

LINES 79 - 129. Assets held by a trust (CEW), of which I am Co-Trustee.  My interest is future beneficiary.

LINE 115.  Halyard Health - name change only to Avanos Medical.

LINE 123.  Powershs QQQ Trust Ser 1 - name change only to Invesco QQQ Tr Unit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544